UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WALTON,

                      Plaintiff,

      -v-

JOHN DOE *et al.*,

                      Defendant.

22-CV-7589 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on September 6, 2022. Counsel for the plaintiff is directed to file an appearance with this Court no later than September 30, 2022.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by September 15, 2022.

    SO ORDERED.

Dated: September 9, 2022
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge