UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A. WALTON,<br><br>                      Plaintiff,<br><br>               -v.-<br><br>LINE TRUCKING CORP. et al.,<br><br>                     Defendants. | 22 Civ. 7589 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Pursuant to the November 28, 2022 Civil Case Management Plan, ECF No. 14, discovery in this matter closed on June 15, 2023. The parties have not filed any motions for summary judgment—or any letters indicating an intent to move for summary judgment—by the subsequent deadline. *See* Fed. R. Civ. P. 56(b) ("Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery."). No later than **February 6, 2025**, the parties shall file a joint letter advising the Court of the current status of this case and any proposed next steps.

      SO ORDERED.

Dated:  January 28, 2025
            New York, New York

                                                        JENNIFER H. REARDEN
                                                        United States District Judge